# Third District Court of Appeal

## State of Florida

Opinion filed May 25, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-274 & 3D15-257
Lower Tribunal Nos. 08-44438 & 10-29343

_____


**Michael Greene,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals from the Circuit Court for Miami-Dade County, Rodney Smith, Judge.

Carlos J. Martinez, Public Defender, and Robert Kalter, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Brent J. Kelleher, Assistant Attorney General, for appellee.


Before SUAREZ, C.J., and ROTHENBERG and EMAS, JJ.

PER CURIAM.

We affirm the conviction and sentence imposed in case number 3D15-257, as well as the violation of probation and sentence imposed in case number 3D15-274. Upon our review of the record, we conclude "beyond a reasonable doubt that the error complained of did not contribute to the verdict or, alternatively stated, that there is no reasonable possibility that the error contributed to the conviction." See State v. DiGuilio, 491 So. 2d 1129, 1138 (Fla. 1986).

However, we remand case number 3D15-274 for the trial court to enter an amended written order of revocation of probation that conforms to the trial court's oral pronouncement made at the conclusion of the probation revocation hearing.

Affirmed and remanded.